FILED'08 AUG 11 11:55 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| CHRISTOPHER D. ZURCHER, | ) | |
|---|---|---|
| Petitioner, | ) | Civil Case No. 07-570-PK |
| vs. | ) | ORDER |
| GUY HALL, | ) | |
| Respondent. | ) | |

Todd H. Grover
143 S. W. Shevlin-Hixon Drive, Suite 203
Bend, Oregon 97702

    Attorney for Petitioner

Hardy Myers
Attorney General
Jonathan W. Diehl
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096

    Attorneys for Respondent

Page 1 - ORDER

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on July 1, 2008. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). The petitioner has filed objections and the government has filed a response.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a *de novo* determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in the objections to the Findings and Recommendation, I note only one error that does not change the outcome. Petitioner was sentenced to 240 months of Attempted Aggravated Murder, not Aggravated Murder as indicated on page two of Judge Papak's Findings and Recommendation.

Accordingly, with the exception noted above, I ADOPT Judge Papak's Findings and Recommendation (#28). The Amended Petition for Writ of Habeas Corpus (#16) is DENIED. This action is dismissed with prejudice.

Dated this ___11th___ day of August, 2008.

Garr M. King
United States District Judge